No. 424. FEDERAL SECURITY ADMINISTRATOR *v.* QUAKER OATS Co. November 9, 1942. Petition for writ of

certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. George I. Haight* and *William D. McKenzie* for respondent.